**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Westinghouse Electric Company LLC, as reorganized v. South Carolina Public Service Authority

CASE NO.: 19–01109–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:

CHAPTER: 0

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on August 28, 2019 for administration. Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: August 28, 2019

Vito Genna
Clerk of the Court